UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/11/2026_

ALEXIS SNYDER,

               Plaintiff,

     -v-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

**ORDER**

25-CV-8963 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of plaintiff's letter motion requesting an extension of time to file plaintiff's motion for judgment on the pleadings, ECF No. 9 (the "Letter Motion"). The Letter Motion is **GRANTED**, and the parties shall adhere to the below schedule. Further extensions will not be granted absent extraordinary circumstances.

- Plaintiff's brief is due by **March 30, 2026**;
- Defendant's brief is due by **May 29, 2026**;
- Plaintiff's reply is due by **June 12, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 9 as **GRANTED**.

**SO ORDERED.**

Dated: February 11, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge