UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/15/2026_

ALEXIS SNYDER,

               Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,

         Defendant.

**ORDER**

25-CV-8963 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's February 11, 2026 order, ECF No. 10, Plaintiff's deadline to file a reply brief was June 12, 2026. To date, so far as the docket reflects, Plaintiff has not filed a reply brief. The undersigned *sua sponte* extends the deadline for Plaintiff to file a reply to **June 22, 2026**. If the reply is not received by the extended deadline, the motion will be decided based on the two briefs already filed.

**SO ORDERED.**

Dated: June 15, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge